1  BENJAMIN B. WAGNER
   United States Attorney
2  STANLEY A. BOONE
   KIRK E. SHERRIFF
3  Assistant U.S. Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for the
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,     )  CASE NO.: 1:10-cr-00016 LJO
11                               )
                    Plaintiff,   )  STIPULATION AND
12                               )  ORDER CONTINUING SENTENCING
                                 )  HEARING
13                               )
           v.                    )  Old Date: April 23, 2012
14                               )  Old Time: 8:30 a.m.
                                 )
15                               )  **New Date: October 29, 2012**
   MEGAN BALOD,                  )  **New Time: 8:30 a.m.**
16                               )  **Court:    Four**
                    Defendant.   )     **(Hon. Lawrence J. O'Neill)**
17                               )
                                 )
18

19

20

21     Defendant Megan Balod pleaded guilty on January 25, 2010 to the

22  Information filed in this case.  Sentencing is currently set for

23  April 23, 2012, at 8:30 a.m.

24     This case is related to the pending case U.S. v. David Crisp, et

25  al. (No. 1:11-cr-0026 LJO), which the Court has designated as

26  complex.  The present case concerns transactions or events related to

27  the scheme and artifice to defraud mortgage loan companies and

28  federally insured lending/financial institutions that is charged in

   _____
                  Stipulation & Order Continuing Sentencing Hearing

U.S. v. David Crisp, et al., and it is anticipated that Ms. Balod may be called as a witness in that case.

To allow additional time for Ms. Balod to fulfill her obligations under the plea agreement in this case, the parties hereby stipulate and jointly request that the Court order that the sentencing hearing in this case be continued for six months, from April 23, 2012 to October 29, 2012, at 8:30 a.m., or the earliest date thereafter that is convenient to the Court. The parties further stipulate and jointly request that the Court extend the deadline to submit informal objections to the Pre-Sentence Report (PSR) to three weeks prior to the continued sentencing date, and extend the deadline to file formal objections to the PSR to one week prior to the continued sentencing date.

Respectfully submitted,

Dated: March 26, 2012

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Kirk E. Sherriff
STANLEY A. BOONE
KIRK E. SHERRIFF
Assistant U.S. Attorneys

Dated: March 26, 2012

/s/ Salvatore Sciandra
(authorized on 3/26/12)
SALVATORE SCIANDRA
Attorney for Defendant
MEGAN BALOD

## **ORDER**

The court has reviewed and considered the stipulation of the parties to continue the sentencing hearing in this case. Good cause appearing, IT IS ORDERED that the sentencing hearing is continued from April 23, 2012 to October 29, 2012, at 8:30 a.m., and that the deadlines to submit informal objections and to file formal objections to the Pre-Sentence Report are extended as set forth above.

IT IS SO ORDERED.

**Dated: March 28, 2012**         /s/ Lawrence J. O'Neill
                                  UNITED STATES DISTRICT JUDGE