SALVATORE SCIANDRA, Bar No. 58256
Law Offices of Salvatore Sciandra
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: 559.233.1000
Facsimile: 559.233.6044
E-Mail: salsciandra@sbcglobal.net

Attorneys for Defendant, MEGAN BALOD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> MEGAN BALOD, <br> Defendant. | CASE NUMBER: 1:10-CR-00016-LJO <br><br> STIPULATION AND ORDER PERMITTING OUT OF STATE TRAVEL |

The conditions of defendant MEGAN BALOD's pre-trial release restrict travel to within the State of Virginia and to the Eastern District of California, Fresno Division for court related purposes.

The parties hereby stipulate and jointly request that the Court enter an Order permitting Ms. BALOD to travel into Washington, DC. She will be staying at the Marriott, Key Bridge, 1401 Lee Highway, Arlington, VA 22209 on the night of April 6, 2013. She will be leaving her home on April 6 and returning on April 7, 2013.

Respectfully submitted,

DATED: April 3, 2013     /s/ Salvatore Sciandra
SALVATORE SCIANDRA
Attorney for Defendant,
MEGAN BALOD

DATED: April 3, 2013     /s/ Kirk Sherriff
KIRK SHERRIFF
Assistant United States Attorney

/ / /

**ORDER**

IT IS SO ORDERED.

Dated:  April 3, 2013          /s/ Barbara A. McAuliffe
                               UNITED STATES MAGISTRATE JUDGE